IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01386-RPM-GJR

IN THE MATTER OF THE ESTATE OF:

ANTHONY J. SUTEY, DECEASED.

BARBARA K. SUTEY,

    Petitioner,
v.

MARION E. FINCH,
THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,
XCEL ENERGY, INC., fka PUBLIC SERVICE CO. OF COLORADO, and
HOLY CROSS ELECTRIC ASSOC., INC.,

    Respondents..
_____

ORDER OF DISMISSAL OF UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT
_____

    Pursuant to the Stipulation for Dismissal of Respondent the United States [14] filed on August 15, 2007, it is

    ORDERED that The United States Department of the Interior, Bureau of Land Management is dismissed from this action, each party to bear their own fees and costs.

    DATED: August 16th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge