IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01386-RPM-GJR

IN THE MATTER OF THE ESTATE OF:

ANTHONY J. SUTEY, DECEASED.

BARBARA K. SUTEY,

    Petitioner,

v.

MARION E. FINCH,
XCEL ENERGY, INC., fka PUBLIC SERVICE CO. OF COLORADO, and
HOLY CROSS ELECTRIC ASSOC., INC.,

    Respondents.
_____

ORDER FOR REMAND
_____

    Pursuant to Petitioner's Unopposed Motion to Remand Case to State Court [17] filed in response to this Court's Order to Show Cause entered on August 16, 2007, it is

    ORDERED that this civil action is remanded to the District Court, Garfield County, Colorado.

    DATED: August 17th, 2007

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge